```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28988
    JANICE K EDWARDS
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-8914


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/22/05 and confirmed on 12/14/05.

    2.  The case was converted to Chapter 7 after confirmation, 04/11/2008.

    3.  The Debtor paid a total of $  12437.50 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CB USA INC | UNSECURED | 2515.58 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 9000.00 | 1280.16 | 7944.78 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1192.97 | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | 767.00 | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| INOVISION | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2381.71 | .00 | .00 |
| PROFESSIONAL CREDIT SERV | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 171.26 | .00 | .00 |
| RODALE BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TERRI M LONG | UNSECURED | NOT FILED | .00 | .00 |
| THE WISH CENTER | UNSECURED | 807.00 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |

```
COMED                            UNSECURED       NOT FILED              .00         .00
GMAC PAYMENT CENTER              UNSECURED       NOT FILED              .00         .00
WELLS FARGO FINANCIAL AC         UNSECURED        7508.32               .00         .00
ASSET ACCEPTANCE CORP            UNSECURED        1608.24               .00         .00
          Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    9000.00           .00      16952.08         .00      25952.08
PRINCIPAL PAID        7944.78           .00           .00         .00       7944.78
INTEREST PAID         1280.16           .00           .00         .00       1280.16
TOTAL PAID            9224.94           .00           .00         .00       9224.94
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC         , was allowed $   2700.00
and was paid $    190.00  direct and $   2510.00  through the plan.

The Trustee received $    515.06 .

Refunds to the Debtor totaled $    187.50 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 28988 JANICE K EDWARDS